# EXHIBIT A





Case 1:18-cv-04180   Document 1-1   Filed 05/09/18   Page 4 of 4

