# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-072-226**

Effective Date of Registration:
June 29, 2017

## Title

**Title of Work:** Group Registration of published photographs; Photos of Mummies; all published 04/16/2015; 46 photographs

**Content Title:**
K_C_7502.jpg
K_C_7503.jpg
K_C_7512.jpg
K_C_7515.jpg
K_C_7522.jpg
K_C_7530.jpg
K_C_7543.jpg
K_C_7547.jpg
K_C_7554.jpg
K_C_7561.jpg
K_C_7566.jpg
K_C_7568.jpg
K_C_7573.jpg
K_C_7578.jpg
K_C_7580.jpg
K_C_7589.jpg
K_C_7596.jpg
K_C_7602.jpg
K_C_7608.jpg
K_C_7612.jpg
K_C_7624.jpg
K_C_7629.jpg
K_C_7635.jpg
K_C_7642.jpg
K_C_7651.jpg
K_C_7664.jpg
K_C_7672.jpg
K_C_7682.jpg
K_C_7684.jpg
K_C_7703.jpg
K_C_7708.jpg
K_C_7717.jpg
K_C_7726.jpg
K_C_7731.jpg
K_C_7738.jpg
K_C_7742.jpg
K_C_7752.jpg
K_C_7758.jpg
K_C_7760.jpg
K_C_7767.jpg

```
K_C_7769.jpg
K_C_7772.jpg
K_C_7774.jpg
K_C_7777.jpg
K_C_7778.jpg
K_C_7781.jpg
```

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Kiril Cachovskij
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** Lithuania

## Copyright Claimant

**Copyright Claimant:** Vsl Dokumentikos Namai
Odminiu g. 8, Vilnius, LT1122, Lithuania
**Transfer statement:** By written agreement



## Certification

**Name:** Richard Liebowitz
**Date:** June 29, 2017

**Correspondence:** Yes